```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EDWARD P. MIRANDA, M.D. A MEDICAL    :
CORPORATION dba PACIFIC PLASTIC      :
SURGERY GROUP,                       :
                                     :   24-civ-6716-LAP
                                     :
           PLAINTIFF,                :   ORDER
                                     :
                                     :
           v.                        :
                                     :
                                     :
MULTIPLAN, INC., et al.,             :
                                     :
                                     :
           DEFENDANTS.               :
------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    The parties are informed that I am insured under a plan that is administered by Cigna.

SO ORDERED.

Dated:   New York, New York
          September 5, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge